JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Deborah Hayman, G.A. Gomes, L. Kasomo, and S. Brown

**DEFENDANTS**
Mastercard, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

OUTTEN & GOLDEN LLP
685 Third Ave., 25th Floor
New York, NY 10017
Telephone: (212) 245-1000

OUTTEN & GOLDEN LLP
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 890-1541

**ATTORNEYS (IF KNOWN)**
Cara E. Greene　　Jennifer Davidson
Adam T. Klein
Chauniqua D. Young
Nantiya Ruan
Shira Z. Gelfand

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

The Federal Equal Pay Act of 1963, 29 U.S.C. § 206(d) ("Federal EPA"); Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. ("Title VII"). Claims for race and gender based discrimination.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✓] Yes [ ]　_____
(If yes, Judge Previously Assigned)

If yes, was this case　Vol. [ ]　Invol. [ ]　Dismissed. No [ ]　Yes [ ]　If yes, give date n/a_____ & Case No. n/a_____

Is this an international arbitration case?　No [X]　Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)　　**NATURE OF SUIT**

**TORTS**

**CONTRACT**
- [ ] 110　INSURANCE
- [ ] 120　MARINE
- [ ] 130　MILLER ACT
- [ ] 140　NEGOTIABLE INSTRUMENT
- [ ] 150　RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151　MEDICARE ACT
- [ ] 152　RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153　RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160　STOCKHOLDERS SUITS
- [ ] 190　OTHER CONTRACT
- [ ] 195　CONTRACT PRODUCT LIABILITY
- [ ] 196　FRANCHISE

**REAL PROPERTY**
- [ ] 210　LAND CONDEMNATION
- [ ] 220　FORECLOSURE
- [ ] 230　RENT LEASE & EJECTMENT
- [ ] 240　TORTS TO LAND
- [ ] 245　TORT PRODUCT LIABILITY
- [ ] 290　ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310　AIRPLANE
- [ ] 315　AIRPLANE PRODUCT LIABILITY
- [ ] 320　ASSAULT, LIBEL & SLANDER
- [ ] 330　FEDERAL EMPLOYERS' LIABILITY
- [ ] 340　MARINE
- [ ] 345　MARINE PRODUCT LIABILITY
- [ ] 350　MOTOR VEHICLE
- [ ] 355　MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360　OTHER PERSONAL INJURY
- [ ] 362　PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 440　OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441　VOTING
- [X] 442　EMPLOYMENT
- [ ] 443　HOUSING/ ACCOMMODATIONS
- [ ] 445　AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446　AMERICANS WITH DISABILITIES -OTHER
- [ ] 448　EDUCATION

**PERSONAL INJURY**
- [ ] 367　HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365　PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368　ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370　OTHER FRAUD
- [ ] 371　TRUTH IN LENDING
- [ ] 380　OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385　PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 463　ALIEN DETAINEE
- [ ] 510　MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530　HABEAS CORPUS
- [ ] 535　DEATH PENALTY
- [ ] 540　MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
- [ ] 550　CIVIL RIGHTS
- [ ] 555　PRISON CONDITION
- [ ] 560　CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
- [ ] 625　DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690　OTHER

**PROPERTY RIGHTS**
- [ ] 820　COPYRIGHTS
- [ ] 830　PATENT
- [ ] 835　PATENT-ABBREVIATED NEW DRUG APPLICATION
- [ ] 840　TRADEMARK
- [ ] 880　DEFEND TRADE SECRETS ACT

**LABOR**
- [ ] 710　FAIR LABOR STANDARDS ACT
- [ ] 720　LABOR/MGMT RELATIONS
- [ ] 740　RAILWAY LABOR ACT
- [ ] 751　FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790　OTHER LABOR LITIGATION
- [ ] 791　EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
- [ ] 462　NATURALIZATION APPLICATION
- [ ] 465　OTHER IMMIGRATION ACTIONS

**ACTIONS UNDER STATUTES**

**BANKRUPTCY**
- [ ] 422　APPEAL 28 USC 158
- [ ] 423　WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
- [ ] 861　HIA (1395ff)
- [ ] 862　BLACK LUNG (923)
- [ ] 863　DIWC/DIWW (405(g))
- [ ] 864　SSID TITLE XVI
- [ ] 865　RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870　TAXES (U.S. Plaintiff or Defendant)
- [ ] 871　IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 375　FALSE CLAIMS
- [ ] 376　QUI TAM
- [ ] 400　STATE REAPPORTIONMENT
- [ ] 410　ANTITRUST
- [ ] 430　BANKS & BANKING
- [ ] 450　COMMERCE
- [ ] 460　DEPORTATION
- [ ] 470　RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480　CONSUMER CREDIT
- [ ] 485　TELEPHONE CONSUMER PROTECTION ACT
- [ ] 490　CABLE/SATELLITE TV
- [ ] 850　SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 890　OTHER STATUTORY ACTIONS
- [ ] 891　AGRICULTURAL ACTS
- [ ] 893　ENVIRONMENTAL MATTERS
- [ ] 895　FREEDOM OF INFORMATION ACT
- [ ] 896　ARBITRATION
- [ ] 899　ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950　CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

[✓] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____　OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND:　[✓] YES　　NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)    **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge

[ ] a. all parties represented
[ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [✓] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Deborah Hayman
Alameda County, California

G.A. Gomes
Lee County, Florida

S. Brown
New York County, New York

L. Kasomo
Washington D.C.

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Mastercard, Inc.
2000 Purchase Street
Purchase, NY, 10577
Westchester County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [✓] WHITE PLAINS   [ ] MANHATTAN

DATE  1/4/2025        /s/ Cara E. Greene
                     SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[✓] YES (DATE ADMITTED  Mo. January  Yr. 2006)
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)