## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH HAYMAN, et al., individually and on behalf all others similarly situated,

         Plaintiffs,

       -against-

MASTERCARD, INC.,

         Defendants.

Case No. 7:25-cv-00340

### NOTICE OF MOTION FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement, and the Declaration of Cara E. Greene and the Exhibits attached thereto, Plaintiffs respectfully request that the Court grant Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement pursuant to Federal Rule of Civil Procedure 23(e).

Dated:  January 14, 2025

By: _____

    Cara E. Greene

OUTTEN & GOLDEN LLP
Cara E. Greene
Adam T. Klein
Nantiya Ruan
Chauniqua D. Young
Shira Z. Gelfand
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

OUTTEN & GOLDEN LLP

Jennifer Davidson
1225 New York Ave NW Suite 1200, Washington, DC
20005
Telephone: (202) 301-5509

*Counsel for Plaintiffs*