UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH HAYMAN et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASTERCARD, INC.,<br><br>Defendant. | Case No. 7:25-cv-00340 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement and the Declaration of Cara E. Greene and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     Granting final approval of the Joint Stipulation of Settlement and Release ("Settlement Stipulation"), attached as Exhibit A to the Greene Declaration;

(2)     Finally certifying the settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the Settlement;

(3)     Incorporating the terms of the Settlement Stipulation; and

(4)     Retaining jurisdiction solely for purposes of enforcing the Settlement Stipulation.

\*     \*     \*

Plaintiffs also submit a Proposed Order for the Court's convenience.

Dated: July 9, 2025

Respectfully submitted

By: _____
Cara E. Greene

OUTTEN & GOLDEN LLP
Cara E. Greene
Adam T. Klein
Nantiya Ruan
Chauniqua D. Young
Shira Z. Gelfand
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

OUTTEN & GOLDEN LLP
Jennifer Davidson
1225 New York Ave NW Suite 1200, Washington, DC 20005
Telephone: (202) 301-5509

*Counsel for Plaintiffs*