

August 14, 2025

**<u>Via ECF</u>**
Hon. Jessica G. L. Clarke
U.S. District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   **Re: Hayman et al v. Mastercard, Inc., No. 7:25-cv-00340 (S.D.N.Y)**

Dear Judge Clarke:

  We represent the Parties in the Settlement of the above-referenced action and write jointly regarding the Final Approval Order issued on August 1, 2025. *See* ECF No. 27. Specifically, the Parties write to respectfully request that the Court modify the timing of payments to Participating Class Members because, as set out below, absent modification, the payments are scheduled to be sent to Participating Class Members *prior* to the Effective Date of the Settlement. *See id*. ¶ 16.

  The Final Approval Order incorporates the terms of the Joint Stipulation of Settlement and Release, which keys the timing of class member payments to Mastercard's payment into an interest-bearing Qualified Settlement Fund. Paragraph 16 of the Final Approval Order requires that:

> (a) Within fourteen (14) days after the date of Final Approval, Defendant shall deposit $26,000,000 (the Settlement Payment) into the Qualified Settlement Fund ("QSF") established by the Settlement Administrator.
>
> (b) Within fourteen (14) calendar days after Mastercard makes the Settlement Payment, the Settlement Administrator shall re-calculate each Participating Class Member's Participating Class Member Payment and mail to each Participating Class Member settlement checks written from the QSF's bank account and equaling the Participating Class Member Payment.

  Pursuant to the Final Approval Order, Mastercard must make its payment by August 15, 2025, and the Settlement Administrator must pay Participating Class Members by August 29, 2025. Absent relief, under the current schedule, the payments would be made to Participating Class Members before the Effective Date of the Settlement—defined as either August 31, 2025 (30 days from the date of Final Approval) if no appeal is filed or the date on which any appeals have been fully resolved. This creates the possibility that payments could be disbursed even if the Effective Date never occurs, necessitating the recovery and return of payments to Mastercard.

The Parties have met and conferred and believe it prudent to instead issue payments to Participating Class Members one business day after the Effective Date of the Settlement. If there are no appeals, the Settlement Administrator would issue payments to Participating Class Members no later than September 2, 2025, four calendar days after the date anticipated by the Final Approval Order.

The Parties also agree that payments for Attorneys' Fees and Expenses, Service Awards, and the fee for the Settlement Administrator will also be deferred until one business day after the Effective Date.[1] Mastercard's obligation to deposit the Settlement Payment by August 15 would remain unchanged.

The Parties respectfully request that the Court modify Paragraph 16 of its Final Approval Order by endorsing this correspondence. Alternatively, counsel will prepare and submit a proposed order if that is more convenient for the Court. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Elizabeth M. Sacksteder*
Elizabeth M. Sacksteder
Counsel for Mastercard, Inc.

*/s/ Cara E. Greene*
Cara E. Greene
Counsel for Plaintiffs and the Settlement Class

cc:   All counsel of record via ECF

Application GRANTED. Paragraph 16 of the Final Approval is modified as proposed. The Settlement Administrator shall issue payments to the Participating Class Members by September 2, 2025.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 14, 2025
           New York, New York

---

[1] Prior to the Parties' amendment, the Settlement Administrator would have issued payments for Attorneys' Fees and Expenses and Service Awards three business days after Mastercard makes the Settlement Payment. Joint Stipulation of Settlement and Release (ECF No. 22-1) ¶¶ 7.2, 8.2. The Settlement Administrator would have paid itself from the QSF fourteen calendar days after Mastercard makes the Settlement Payment. *Id.* ¶ 9.5.