UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH HAYMAN, et al.,

                      Plaintiffs,

       -against-

MASTERCARD, INC.,

                    Defendant.

25-CV-340 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court received a communication from Ms. Thomas regarding the status of her individual claim. That case is pending before another judge in another matter. *See Thomas v. Mastercard Inc.*, No. 25-CV-4279. However, to the extent Ms. Thomas did not receive the Court's Order in this case approving the class settlement agreement, the Court directs the Clerk of Court to mail that Order (ECF No. 27) to Ms. Thomas.

Dated: October 16, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge